IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMABEL LIN, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDING TREE, LLC;<br><br>Defendant. | Case No. 3:22-cv-00370-MOC-DSC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Amabel Lin, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Lending Tree, LLC without prejudice.

Respectfully submitted,

*/s/ Scott Harris*
Scott Harris
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, North Carolina 27603
Tel.: 919-600-5003
Fax: 919-600-5035
sharris@milberg.com

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel.: 866-252-0878
gklinger@milberg.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2022 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

>    */s/ Scott Harris*
>    Scott Harris
>    MILBERG COLEMAN BRYSON
>    PHILLIPS GROSSMAN, PLLC
>    900 W. Morgan Street
>    Raleigh, North Carolina 27603
>    Tel.: 919-600-5003
>    Fax: 919-600-5035
>    sharris@milberg.com